UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE G. RIDER-BEY,** <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | 2:21-CV-12241-TGB <br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED**.

Dated at Detroit, Michigan: July 12, 2022.

                                           KINIKIA ESSIX
                                           CLERK OF THE COURT
                                           /s/A. Chubb
                                           Case Manager and Deputy Clerk

APPROVED:
/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE